THEODORE E. MACY et al., as Executors, etc., Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued May 6, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 13, 1891, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* for appellants.

*George Zabriskie* for respondents.

Agree to affirm on opinion in *Galway* v. *Met. E. R. Co.* (*ante*, page 132).